UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIÓN FENOSA GAS, S.A.<br><br>Plaintiff,<br><br>v.<br><br>ARAB REPUBLIC OF EGYPT<br><br>Defendant. | Civil Action No. 1:18-cv-02395 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiff Unión Fenosa Gas, S.A. ("UFG" or "Plaintiff") moves, pursuant to Local Rule 5(h)(1), for leave to file under seal the following documents:

- The Declaration of Edward G. Kehoe ("Kehoe Declaration"); and

- The Award and Dissenting Opinion rendered on August 31, 2018, by the arbitral tribunal in the case titled *Unión Fenosa Gas, S.A. v. Arab Republic of Egypt*, ICSID Case No. ARB/14/4, attached to the Kehoe Declaration as **Exhibit A**.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities.

Counsel for UFG has been unable to confer pursuant to Local Civil Rule 7(m) with opposing counsel concerning its position with respect to this motion given that the Defendant the Arab Republic of Egypt ("Egypt") has yet to appear through counsel in this proceeding. Accordingly, UFG does not yet know whether or not Egypt consents to the requested relief.

Dated: October 18, 2018

Respectfully submitted,

/s/ *Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz (D.C. Bar 452385)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Suite 200
Washington, D.C. 20006
Tel: (202) 737-0500
Fax: (202) 626-3737
jbucholtz@kslaw.com

Edward G. Kehoe (*pro hac vice* application forthcoming)
Charlene C. Sun (D.C. Bar 1027854)
Enrique J. Molina (*pro hac vice* application forthcoming)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2200
Fax: (212) 556-2222
ekehoe@kslaw.com
csun@kslaw.com
emolina@kslaw.com

*Attorneys for Plaintiff Unión Fenosa Gas, S.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing motion and all related documents will be served on Defendant in accordance with 28 U.S.C. § 1608.

/s/ *Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz (D.C. Bar 452385)
KING & SPALDING LLP
