**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNIÓN FENOSA GAS, S.A.<br><br>                    Plaintiff,<br><br>              v.<br><br>ARAB REPUBLIC OF EGYPT<br><br>                    Defendant. | Civil Action No. 1:18-cv-02395-JEB |

## STATUS REPORT OF OCTOBER 7, 2019

Plaintiff Unión Fenosa Gas, S.A. ("UFG") makes this submission pursuant to the Court's Order of October 3, 2019, instructing UFG to file a status report by October 7, 2019.

**I.  Background**

1. On October 17, 2018, UFG filed a complaint against Egypt seeking the recognition and enforcement of an arbitral award (the "ICSID Award") issued on August 31, 2018 in ICSID Case No. ARB/14/4 in favor of UFG and against Egypt.

2. In October 2018, and in accordance with Section 1608(a)(2) of the Foreign Sovereign Immunities Act ("FSIA"), UFG initiated service of the summons and complaint upon Egypt in accordance with the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention").  20 U.S.T. 361.

3. On January 22, 2019, the Court issued a minute order requiring UFG to "file proof of service, detail efforts made to effect service, or otherwise show cause why the case should not be dismissed for want of prosecution."

4. On January 28, 2019, UFG filed a response to the Court's January 22, 2019 minute order, explaining that UFG was in the process of effectuating service of process in

accordance with the Hague Service Convention and that it expected service to be accomplished "before mid-2019."  Dkt. No. 6.

5. On January 29, 2019, the Court issued a minute order instructing UFG to "file a further status report by March 15, 2019, and every 60 days thereafter until service is accomplished."  Thereafter, UFG filed a status report on March 15, 2019, noting that service had not yet been accomplished.  Dkt. No. 7.

6. On May 14, 2019, UFG filed a status report noting that Egypt had been successfully served with process under the Hague Service Convention.  Dkt. No. 8.

7. As noted in UFG's January 28, 2019 status report, Egypt is seeking annulment of the ICSID Award before an *ad hoc* ICSID Annulment Committee ("Annulment Committee").  Shortly after Egypt's annulment application was filed, the ICSID Secretariat granted a provisional stay of enforcement of the ICSID Award on January 8, 2019.

8. On July 15, 2019, UFG filed another status report, reiterating that service had been accomplished and noting that the Annulment Committee had yet to decide whether or not to extend the provisional stay of enforcement of the ICSID Award through the duration of the annulment proceeding.  Dkt. No. 9.

9. UFG inadvertently did not file a further status report 60 days after its July 15, 2019 report.  UFG regrets that omission.  The Court's January 29, 2019 order directed UFG to file periodic status reports "until service is accomplished."  As noted above, service has been accomplished.  Nonetheless, because of the provisional stay granted by the Annulment Committee, Egypt still has not appeared in this action.

10. Since UFG's July 15, 2019 status report, the Annulment Committee has heard argument at a hearing concerning whether to extend the provisional stay of enforcement of the

ICSID Award through the duration of the annulment proceeding, but the Annulment Committee has not issued a decision on that matter or provided a date when it expects to issue such a decision. A procedural calendar for the annulment proceeding has been issued, culminating in a hearing on Egypt's annulment application in July 2020.

11. Absent contrary instruction from the Court, UFG will file another status report 60 days after the present report, and further status reports every 60 days thereafter, to update the Court on the status of the annulment proceeding.

Dated: Washington, D.C.
October 7, 2019

                                      Respectfully submitted,

                                      /s/  *Jeffrey S. Bucholtz*
                                      Jeffrey S. Bucholtz (D.C. Bar 452385)
                                      KING & SPALDING LLP
                                      1700 Pennsylvania Avenue NW
                                      Suite 200
                                      Washington, D.C.  20006
                                      Tel: (202) 626-2907
                                      Fax: (202) 626-3737
                                      jbucholtz@kslaw.com

                                      Edward G. Kehoe (*pro hac vice* forthcoming)
                                      Charlene C. Sun (D.C. Bar 1027854)
                                      Enrique J. Molina (*pro hac vice* forthcoming)
                                      KING & SPALDING LLP
                                      1185 Avenue of the Americas
                                      New York, NY 10036-4003
                                      Tel: (212) 556-2200
                                      Fax: (212) 556 -2222
                                      ekehoe@kslaw.com
                                      csun@kslaw.com
                                      emolina@kslaw.com

                                      *Attorneys for Plaintiff Unión Fenosa Gas, S.A.*