# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIÓN FENOSA GAS, S.A.<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ARAB REPUBLIC OF EGYPT<br><br>　　　　　　　Defendant. | Civil Action No. 1:18-cv-02395-JEB |

## STATUS REPORT OF DECEMBER 6, 2019

　　　　Plaintiff Unión Fenosa Gas, S.A. ("UFG") makes this submission pursuant to the Court's Order of January 29, 2019, instructing UFG to "file a further status report by March 15, 2019, and every 60 days thereafter until service is accomplished."  Although service has been accomplished, UFG writes to apprise the Court of the status of the proceeding ("Annulment Proceeding") filed by Egypt before an *ad hoc* ICSID Annulment Committee ("Annulment Committee") seeking annulment of the ICSID award ("Award") that is the subject of this action.

　　　　1.　　As noted in UFG's July 15, 2019 status report (Dkt. 9), the Annulment Committee heard oral argument on July 22, 2019 concerning whether or not to extend the provisional stay of enforcement of the ICSID Award through the duration of the Annulment Proceeding.  *See also* Dkt. 11.

　　　　2.　　On October 18, 2019, the Annulment Committee issued its decision on Egypt's Request for a Continued Stay of Enforcement of the Award.  The Annulment Committee granted Egypt's request subject to certain conditions.  Specifically, Egypt is required to post security for the amount of post-Award interest that the Award will generate during the course of the Annulment Proceeding, and Egypt shall issue a written undertaking by the appropriate Egyptian authority to guarantee prompt compliance with the Award if it is not annulled. The Annulment

Committee also required Egypt to provide it with copies of the documents showing that the financial security was issued, and that the written undertaking occurred, within 60 calendar days (*i.e.*, by December 17, 2019).

3. Egypt has yet to comply with its obligation to post security, upon which the Annulment Committee conditioned its issuance of a stay of enforcement of the Award.

4. Absent contrary instruction from the Court, UFG will file another status report 60 days after the present report, and further status reports every 60 days thereafter, to update the Court on the status of the annulment proceeding.

Dated: Washington, D.C.
       December 6, 2019

        Respectfully submitted,

        /s/  *Jeffrey S. Bucholtz*
        Jeffrey S. Bucholtz (D.C. Bar 452385)
        KING & SPALDING LLP
        1700 Pennsylvania Avenue NW
        Suite 200
        Washington, D.C.  20006
        Tel: (202) 626-2907
        Fax: (202) 626-3737
        jbucholtz@kslaw.com

        Edward G. Kehoe (*pro hac vice* forthcoming)
        Charlene C. Sun (D.C. Bar 1027854)
        Enrique J. Molina (*pro hac vice* forthcoming)
        KING & SPALDING LLP
        1185 Avenue of the Americas
        New York, NY 10036-4003
        Tel: (212) 556-2200
        Fax: (212) 556 -2222
        ekehoe@kslaw.com
        csun@kslaw.com
        emolina@kslaw.com

        *Attorneys for Plaintiff Unión Fenosa Gas, S.A.*