**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNION FENOSA GAS, S.A.<br><br>*Plaintiff*,<br><br>v.<br><br>ARAB REPUBLIC OF EGYPT<br><br>*Defendant.* | No. 1:18-cv-02395-JEB |

**DECLARATION OF MATTHEW D. SLATER**

I, Matthew D. Slater, do hereby declare as follows:

1. I am an attorney admitted to practice before this Court and a partner of the law firm Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), counsel for the Arab Republic of Egypt ("Egypt").

2. I submit this declaration in support of Egypt's Reply In Support of Its Motion to Set Aside Default and to Stay Further Proceedings.

3. Attached hereto are true and correct copies of the following documents:

   a. Exhibit A is a PDF of the news report available at the website

      https://www.kslaw.com/news-and-insights/king-spalding-secures-landmark-us22-billion-icsid-award-for-spanish-client as of May 7, 2020.

   b. Exhibit B is a PDF of the news report available at the website

      https://www.bbc.com/news/world-middle-east-37958030 as of May 7, 2020.

   c. Exhibit C is an IMF Press Release dated November 11, 2016.

1

d.  Exhibit D is a PDF of the news report available at the website https://www.middleeasteye.net/news/egypt-raise-electricity-prices-austerity-measures-sisi as of May 7, 2020.

e.  Exhibit E is a PDF of the report available at the website https://www.ecfr.eu/publications/summary/egypt_on_the_edge_how_europe_can_avoid_another_crisis_in_egypt_7298 as of May 7, 2020.

f.  Exhibit F is a PDF of the news report available at the website https://www.reuters.com/article/us-egypt-economy/forking-out-egyptians-angered-by-new-austerity-after-eid-feast-idUSKBN1JF1ZC as of May 7, 2020.

g.  Exhibit G is a World Bank Press Release dated April 30, 2019.

h.  Exhibit H is a PDF of the news report available at the website https://www.middleeastmonitor.com/20190503-world-bank-60-per-cent-of-egyptians-poor-middle-class-suffers-from-reforms/ as of May 7, 2020.

i.  Exhibit I is a World Bank Press Release dated April 16, 2020.

j.  Exhibit J is a PDF of the report available at the website https://www.unicef.org/MODA-Report-Full-EN-websingle.pdf as of May 7, 2020.

k.  Exhibit K is a PDF of the news report available at the website https://www.economist.com/middle-east-and-africa/2019/04/25/egypts-economy-thrills-investors-but-locals-are-struggling as of May 7, 2020.

l.  Exhibit L is a PDF of the report available at the website https://www.ifpri.org/publication/covid-19-and-egyptian-economy-estimating-impacts-expected-reductions-tourism-suez-canal as of May 7, 2020.

m.  Exhibit M is a PDF of the news report available at the website https://www.reuters.com/article/eni-egypt-damietta/eni-naturgy-clinch-deal-that-will-reopen-egypts-damietta-lng-plant-by-june-idUSL5N2AR84L as of May 7, 2020.

n.  Exhibit N is a PDF of the news report available at the website https://www.spglobal.com/platts/en/market-insights/latest-news/natural-gas/042420-deal-to-restart-egypts-damietta-lng-plant-falls-through as of May 7, 2020.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on May 7, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew D. Slater*
　　　　　　　　　　　　　　　　　　　　　　　　Matthew D. Slater