UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIÓN FENOSA GAS, S.A.<br><br>       Plaintiff,<br><br>  v.<br><br>ARAB REPUBLIC OF EGYPT<br><br>       Defendant. | Civil Action No. 1:18-cv-02395-JEB |

## JOINT STATUS REPORT OF July 7, 2020

Plaintiff Unión Fenosa Gas, S.A. ("UFG") and the Arab Republic of Egypt ("Egypt") make this submission pursuant to the Court's Order of June 4, 2020, instructing the parties to "file a joint status report updating the court as to the ongoing annulment proceedings by July 7, 2020 and every thirty days thereafter until the conclusion of those proceedings." Dkt. No. 26.

1. On June 9, 2020, Egypt wrote to the ICSID Committee requesting that the July 14-15 hearing be postponed "until a mutually agreed-upon date after September 15, 2020" due to the COVID-19 crisis.

2. On June 15, 2020, UFG wrote to the ICSID Committee objecting to Egypt's request for a postponement in the June 9 letter.

3. On June 24, 2020, the parties attended a case management meeting with the ICSID Annulment Committee. Among other procedural issues, the Committee considered Egypt's request to postpone the hearing on Egypt's petition for annulment. After hearing the parties and consulting with counsel about potential dates, the Committee determined to postpone the hearing until August 18-20, 2020, and conduct it by remote means. A copy of the Committee's Procedural Order No. 3 dated July 3, 2020, is attached as **Exhibit A.**

Dated: Washington, D.C.
July 7, 2020

Respectfully submitted,

    /s/ *Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz (D.C. Bar 452385)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Suite 200
Washington, D.C. 20006
Tel: (202) 626-2907
Fax: (202) 626-3737
jbucholtz@kslaw.com

Edward G. Kehoe (*pro hac vice* forthcoming)
James E. Berger (D.C. Bar No. 481408)
Charlene C. Sun (D.C. Bar 1027854)
Enrique J. Molina (*pro hac vice* forthcoming)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2100
Fax: (212) 556 -2222
ekehoe@kslaw.com
csun@kslaw.com
emolina@kslaw.com

*Attorneys for Plaintiff Unión Fenosa Gas, S.A.*

    /s/ *Matthew D. Slater*
Matthew D. Slater (D.C. Bar No. 386986)
Larry C. Work-Dembowski (D.C. Bar No. 486331)
CLEARY GOTTLEIB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, D.C. 20037
Tel: (202) 947-1930
mslater@cgsh.com
lwork-dembowski@cgsh.com

*Attorneys for Defendant Arab Republic of Egypt*