UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIÓN FENOSA GAS, S.A.<br><br>        Plaintiff,<br><br>v.<br><br>ARAB REPUBLIC OF EGYPT<br><br>        Defendant. | Civil Action No. 1:18-cv-02395-JEB |

## JOINT STATUS REPORT OF AUGUST 6, 2020

  Plaintiff Unión Fenosa Gas, S.A. and Defendant the Arab Republic of Egypt make this submission pursuant to the Court's Order of June 4, 2020, instructing the parties to "file a joint status report updating the court as to the ongoing annulment proceedings by July 7, 2020 and every thirty days thereafter until the conclusion of those proceedings."  Dkt. No. 26.

  1.  Since the parties' Joint Status Report of July 7, 2020 (Dkt. No. 28), there have been no additional developments in the ongoing annulment proceedings.

Dated: Washington, D.C.
    August 6, 2020

                Respectfully submitted,

                  */s/ Jeffrey S. Bucholtz*
                Jeffrey S. Bucholtz (D.C. Bar 452385)
                KING & SPALDING LLP
                1700 Pennsylvania Avenue NW
                Suite 200
                Washington, D.C. 20006
                Tel: (202) 626-2907
                Fax: (202) 626-3737
                jbucholtz@kslaw.com

                Edward G. Kehoe (*pro hac vice* forthcoming)
                James E. Berger (D.C. Bar No. 481408)
                Charlene C. Sun (D.C. Bar 1027854)

Enrique J. Molina (*pro hac vice* forthcoming)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2100
Fax: (212) 556 -2222
ekehoe@kslaw.com
csun@kslaw.com
emolina@kslaw.com

*Attorneys for Plaintiff Unión Fenosa Gas, S.A.*

      */s/ Matthew D. Slater*
Matthew D. Slater (D.C. Bar No. 386986)
Larry C. Work-Dembowski (D.C. Bar No. 486331)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, D.C. 20037
Tel: (202) 947-1930
mslater@cgsh.com
lwork-dembowski@cgsh.com

*Attorneys for Defendant Arab Republic of Egypt*