UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIÓN FENOSA GAS, S.A.<br><br>      Plaintiff,<br><br>  v.<br><br>ARAB REPUBLIC OF EGYPT<br><br>      Defendant. | Civil Action No. 1:18-cv-02395-JEB |

## JOINT STATUS REPORT OF SEPTEMBER 8, 2020

Plaintiff Unión Fenosa Gas, S.A. and Defendant the Arab Republic of Egypt make this submission pursuant to the Court's Order of June 4, 2020, instructing the parties to "file a joint status report updating the court as to the ongoing annulment proceedings by July 7, 2020 and every thirty days thereafter until the conclusion of those proceedings."  Dkt. No. 26.

1. The Annulment Committee held a hearing on the merits of Egypt's annulment application from August 18-20, 2020.  The Annulment Committee determined that no post-hearing briefing was necessary, but has not otherwise provided the parties with any guidance as to when it intends to issue its decision.

Dated: Washington, D.C.
    September 8, 2020

                Respectfully submitted,

                  /s/ *Jeffrey S. Bucholtz*
               Jeffrey S. Bucholtz (D.C. Bar 452385)
               KING & SPALDING LLP
               1700 Pennsylvania Avenue NW
               Suite 200
               Washington, D.C. 20006
               Tel: (202) 626-2907
               Fax: (202) 626-3737
               jbucholtz@kslaw.com

Edward G. Kehoe (*pro hac vice* forthcoming)
James E. Berger (D.C. Bar No. 481408)
Charlene C. Sun (D.C. Bar 1027854)
Enrique J. Molina (*pro hac vice* forthcoming)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2100
Fax: (212) 556 -2222
ekehoe@kslaw.com
jberger@kslaw.com
csun@kslaw.com
emolina@kslaw.com

*Attorneys for Plaintiff Unión Fenosa Gas, S.A.*

             /s/ *Matthew D. Slater*
Matthew D. Slater (D.C. Bar No. 386986)
Larry C. Work-Dembowski (D.C. Bar No. 486331)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, D.C. 20037
Tel: (202) 947-1930
mslater@cgsh.com
lwork-dembowski@cgsh.com

*Attorneys for Defendant Arab Republic of Egypt*