### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIÓN FENOSA GAS, S.A.<br><br>                    Plaintiff,<br><br>v.<br><br>ARAB REPUBLIC OF EGYPT<br><br>                    Defendant. | Civil Action No. 1:18-cv-02395-JEB |

## JOINT STATUS REPORT OF OCTOBER 8, 2020

Plaintiff Unión Fenosa Gas, S.A. and Defendant the Arab Republic of Egypt make this submission pursuant to the Court's Order of June 4, 2020, instructing the parties to "file a joint status report updating the court as to the ongoing annulment proceedings by July 7, 2020 and every thirty days thereafter until the conclusion of those proceedings."  Dkt. No. 26.

1. As reported in parties' joint status report of September 8, 2020, the Merits Hearing before the ICSID annulment committee ("Annulment Committee") was held on August 18-20, 2020.  *See* Dkt. No. 30.

2. The Annulment Committee requested that the parties submit their respective statements of costs two weeks after the submission of their joint edits to the hearing transcript. The parties submitted their edits to the transcript on September 25, 2020, placing the deadline for the parties' statements of costs on October 9, 2020.

3. On October 8, 2020, Egypt requested that the parties' deadline to file their statements of costs be extended to October 26, 2020.  In response to this request, the Annulment Committee extended the parties' deadline to file their statements of costs to October 23, 2020.

Dated: Washington, D.C.
October 8, 2020

Respectfully submitted,

       */s/ Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz (D.C. Bar 452385)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Suite 200
Washington, D.C. 20006
Tel: (202) 626-2907
Fax: (202) 626-3737
jbucholtz@kslaw.com

Edward G. Kehoe (*pro hac vice* forthcoming)
James E. Berger (D.C. Bar No. 481408)
Charlene C. Sun (D.C. Bar 1027854)
Enrique J. Molina (*pro hac vice* forthcoming)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2100
Fax: (212) 556 -2222
ekehoe@kslaw.com
jberger@kslaw.com
csun@kslaw.com
emolina@kslaw.com

*Attorneys for Plaintiff Unión Fenosa Gas, S.A.*

       */s/ Matthew D. Slater*
Matthew D. Slater (D.C. Bar No. 386986)
Larry C. Work-Dembowski (D.C. Bar No. 486331)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, D.C. 20037
Tel: (202) 947-1930
mslater@cgsh.com
lwork-dembowski@cgsh.com

*Attorneys for Defendant Arab Republic of Egypt*