UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIÓN FENOSA GAS, S.A.<br><br>                    Plaintiff,<br><br>         v.<br><br>ARAB REPUBLIC OF EGYPT<br><br>                    Defendant. | Civil Action No. 1:18-cv-02395-JEB |

**JOINT STATUS REPORT OF DECEMBER 9, 2020**

Plaintiff Unión Fenosa Gas, S.A. and Defendant the Arab Republic of Egypt (together, the "**Parties**") make this submission pursuant to the Court's Order of June 4, 2020, instructing the Parties to "file a joint status report updating the court as to the ongoing annulment proceedings by July 7, 2020 and every thirty days thereafter until the conclusion of those proceedings."  Dkt. No. 26.

1. On December 1, 2020, the Parties, together with certain other companies, executed a settlement agreement (the "**Settlement Agreement**").  In order for the Settlement Agreement to come into effect, the parties to that agreement must satisfy certain settlement conditions by March 14, 2021 (the "**Long Stop Date**").  If those conditions are satisfied by the Long Stop Date, the Settlement Agreement would resolve all disputes between the Parties relating to the enforcement of the arbitral award issued in favor of UFG and against Egypt on August 31, 2018, and would require UFG to dismiss the present action with prejudice.

2. The Parties accordingly request that they be relieved of filing joint status reports until the Long Stop Date.

Dated: Washington, D.C.
December 9, 2020

Respectfully submitted,

      /s/ Jeffrey S. Bucholtz
Jeffrey S. Bucholtz (D.C. Bar 452385)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Suite 200
Washington, D.C. 20006
Tel: (202) 626-2907
Fax: (202) 626-3737
jbucholtz@kslaw.com

Edward G. Kehoe (*pro hac vice* forthcoming)
James E. Berger (D.C. Bar No. 481408)
Charlene C. Sun (D.C. Bar 1027854)
Enrique J. Molina (*pro hac vice* forthcoming)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2100
Fax: (212) 556 -2222
ekehoe@kslaw.com
jberger@kslaw.com
csun@kslaw.com
emolina@kslaw.com

*Attorneys for Plaintiff Unión Fenosa Gas, S.A.*

      /s/ Matthew D. Slater
Matthew D. Slater (D.C. Bar No. 386986)
Larry C. Work-Dembowski (D.C. Bar No. 486331)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, D.C. 20037
Tel: (202) 947-1930
mslater@cgsh.com
lwork-dembowski@cgsh.com

*Attorneys for Defendant Arab Republic of Egypt*